IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 2 0 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. _____ |
| | § | |
| HORACE SMITH, | § | **3-11CV1049-M** |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| O'CONNOR & ASSOCIATES, | § | |
| | § | |
| Garnishee. | § | |

## MOTION TO SEAL CASE

The United States of America (United States), pursuant to LR 79.3, represents to the Court that it is necessary to seal this case to prevent disclosure of this garnishment proceeding to the defendant and his spouse prior to service of process on the garnishee, which is believed to be in possession, custody, or control of the defendant's substantial nonexempt property.

Wherefore, the United States moves this Court to seal this case until the United States files a Motion to Unseal Case or until the Court unseals the case.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

Motion to Seal Case – Page 1

Mattie Peterson Compton
Assistant United States Attorney
Texas State Bar No. 04652300
Burnett Plaza Suite 1700
801 Cherry Street Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.252.5459
Mattie.Compton@usdoj.gov