ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. _____ |
| | § | |
| HORACE SMITH, | § | 3-11CV1049-M |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| O'CONNOR & ASSOCIATES, | § | |
| | § | |
| Garnishee. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 20 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## UNITED STATES' CERTIFICATE OF INTERESTED PERSONS

Pursuant to LR 3.2(e), the United States of America (United States) states that other than the United States, Defendant Horace Smith, his spouse, LaShonta R. Odom, and Garnishee O'Connor & Associates and its affiliates, successors, or assigns, no other person or legal entity has a financial interest in the outcome of this case.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

*Mattie Peterson Compton*
Mattie Peterson Compton
Assistant United States Attorney
Texas State Bar No. 04652300

United States' Certificate of Interested Persons – Page 1

Burnett Plaza Suite 1700
801 Cherry Street Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.252.5459
Mattie.Compton@usdoj.gov