IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. _____ |
| | § | |
| HORACE SMITH, | § | |
| | § | 3-11CV1049-M |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| O'CONNOR & ASSOCIATES, | § | |
| | § | |
| Garnishee. | § | |

## ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT

The United States of America (United States) applied for a Writ of Garnishment to Garnishee O'Connor & Associates and its affiliates, successors, or assigns (Garnishee) for substantial nonexempt property belonging to or due Defendant Horace Smith (Smith) and/or his spouse, LaShonta R. Odom, held by Garnishee.

The Court, having considered the Application for Writ of Garnishment, finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205.

THIS COURT ORDERS that the United States District Clerk issue the Writ of Garnishment to the Garnishee.

THIS COURT ORDERS that the United States serve Smith and his spouse with

Order for Issuance of Writ of Garnishment – Page 1

the:

1. Application for Writ of Garnishment
2. United States' Certificate of Interested Persons
3. Order for Issuance of Writ of Garnishment
4. Writ of Garnishment
5. Clerk's Notice of Post-Judgment Garnishment to Defendant
6. Claim for Exemptions, Request for Hearing, and/or Request for Transfer
7. Instructions to Defendant on Objecting to Garnishee's Answer

and serve the Garnishee with:

1. Application for Writ of Garnishment
2. United States' Certificate of Interested Persons
3. Order for Issuance of Writ of Garnishment
4. Writ of Garnishment
5. Plaintiff's Instructions to Garnishee
6. Draft Answer of Garnishee

The United States shall file a Proof of Service when service is completed.

Signed this 24th day of May, 2011.

*Barbara M. G. Lynn*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

Order for Issuance of Writ of Garnishment – Page 2