IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | No. _____ |
| HORACE SMITH, | § § § | 3-11CV1049-M |
| Defendant, | § § | |
| and | § § | |
| O'CONNOR & ASSOCIATES, | § § | |
| Garnishee. | § | |

### ORDER TO SEAL CASE

Having considered the United States of America's Motion to Seal Case, it appears that sealing the case is proper.

THIS COURT ORDERS that the Motion to Seal Case is granted and this case is sealed.

THIS COURT ORDERS that this case shall remain sealed until the United States files a Motion to Unseal Case or until the Court orders the case unsealed.

Signed this 24th day of May 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS