

**SEALED**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 16 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:11-CV-1049-M |
| HORACE SMITH, | § | |
| Defendant, | § | |
| and | § | |
| O'CONNOR & ASSOCIATES, | § | |
| Garnishee. | § | |

### ANSWER OF GARNISHEE

I, __Michael Webb__,
(Print Name)

affirm that I am a principal, owner, partner, officer, director, or manager of Garnishee O'Connor & Associates (Garnishee), and have the authority to complete and sign this answer.

On __June 7, 2011__ 2011, Garnishee was served with the Writ of Garnishment. Answer the following questions as of the date Garnishee was served with the writ.

1. Is Defendant Horace Smith (Smith) an employee of or contractor with Garnishee?

Answer of Garnishee – Page 1

___ Yes

✓ No, Smith is no longer an employee or contractor effective: never worked here

2. Is Defendant's spouse, LaShonta R. Odom, an employee of or contractor with Garnishee?

✓ Yes

___ No, Smith's spouse is no longer an employee or contractor effective:

_____.

3. Pay period is __weekly, __bi-weekly, ✓semi-monthly, __monthly. Enter the dates that the present pay period began and ends. ("Present" is the pay period in which the writ was served.) June 1 to June 15.

4. Enter gross earnings (including all wages, salary, commissions, bonuses, overtime pay, and periodic payments from a pension or retirement program) and all deductions required by law for one pay period and calculate below:

   1. Gross earnings       $ 1500
   2. Federal income tax   $ 18
   3. Social Security tax  $ 63
   4. Medicare tax         $ 21.75
   5. State income tax     $ 
   6. Net earnings         $ 1397.25
      (#1 less #2-5)

5. Are other garnishments in effect? If yes, describe below and include the amount

Answer of Garnishee – Page 2

being withheld from Smith and/or his spouse.

_____

_____

6. Garnishee has possession, custody, or control of the following property, accounts or funds, such as financial, sick leave, annual leave, retirement, pension, health savings, stock, and profit sharing (non-earnings), in which Smith and/or his spouse maintains an interest:

| Description of Property | Approximate Value |
|---|---|
| 1. N/A | $ |
| 2. | $ |

7. Other than earnings and non-earnings listed above, Garnishee anticipates owing Smith and/or his spouse the following amounts in the future:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ N/A | |
| 2. $ | |

8. If separate from Garnishee, the company named below has possession, custody, or control of Smith's and/or his spouse's earnings or non-earnings:

Company Name: __N/A_____

Contact Person: _____

Address: _____

Answer of Garnishee – Page 3

City, State, Zip: _____

Telephone: _____

Email: _____

Garnishee mailed the original of this answer to the United States District Clerk, 1100 Commerce Street, Room 1452, Dallas TX 75242; and copies to Horace Smith, 801 Candle Meadow Blvd., Desoto, TX 75115-1504; LaShonta R. Odom, 801 Candle Meadow Blvd., Desoto, TX 75115; and Mattie Peterson Compton, Assistant United States Attorney for the Northern District of Texas, Burnett Plaza Suite 1700, 801 Cherry Street Unit 4, Fort Worth, TX 76102.

_____  
(Signature)

Michael Webb  
(Print Name)

Address 2200 N Loop W, Suite 200

City, State, Zip Houston TX 77018

Telephone and Fax Numbers 713/686-9955  713/686-3377-Fax

Email hr@poconnor.com

STATE OF Texas

COUNTY OF Harris

Subscribed and sworn to before me this 8th day of June, 2011.

_____  
Notary Public Signature

My Commission expires: 8-26-12  
(Seal)

Answer of Garnishee – Page 4

KATHY RIGGS  
NOTARY PUBLIC  
State of Texas  
Comm. Exp. 08/26/2012

