IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| Plaintiff | § | |
| v. | § | |
| **HORACE SMITH** | § | NO. **3:11-CV1049-M** |
| Defendant | § | |
| and | § | |
| **O'CONNOR & ASSOCIATES** | § | |
| Garnishee | | |

### Defendant's Answer

TO THE HONORABLE JUDGE OF SAID COURT:

I, Lashonta Odom, alleged spouse of Defendant (Horace Smith) am entering a general denial, objecting and contesting the validity and/or enforcement of the Writ of Garnishment and Order of Issuance. I, Lashonta Odom, request am immediate hearing, with notice, to contest said allegations and judgment.

I, Lashonta Odom, swear and object to the registration of judgment as contained in my Sworn Statement in Objection of Writ of Garnishment; attached and incorporated hereto as 'Exhibit A' with additional supporting evidence attached as 'Exhibit B'.

Respectfully submitted

Lashonta Odom, Pro Se
801 Candle Meadow Blvd
Desoto, TX 75115
(972) 523-4058

Subscribed and sworn to before me this 24 day of June, 2011.

_____
Notary Public State of Texas          My commission expires: July 13, 2011
                                      (Seal)

Lashonta Odom's Answer, Objection of Writ of Garnishment Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff** | | |
| v. | § | |
| **HORACE SMITH** | § | **NO. 3:11-CV1049-M** |
| **Defendant** | | |
| and | § | |
| **O'CONNOR & ASSOCIATES** | § | |
| **Garnishee** | | |

### Exhibit "A"

### Objection of Writ of Garnishment Affidavit of Lashonta Odom

Lashonta Odom, appeared before me in person today and stated under oath as follows:

"My name is Lashonta Odom. I am above the age of eighteen years, and I am fully competent to make this affidavit. I am the alleged spouse of the Defendant, Horace Smith, in this Order for Issuance of Writ of Garnishment. The facts stated in this affidavit are within my personal knowledge and are true and correct."

"To the best of my knowledge and belief, any garnishment determination or debt obligation issued from The United States District Court, Northern District of Texas, Dallas Division, on behalf of Horace Smith, that is sought to be registered is voidable or void. I hereby swear that the Defendant, Horace Smith, and I (Lashonta Odom) are not legally married because the marriage was void pursuant to Texas Family Code 6.202 (a), 2.401 (d), a marriage is void if, when the marriage is entered into, either party has an existing marriage to another person that has not been dissolved by death, divorce, or annulment.

Lashonta Odom's Answer, Objection of Writ of Garnishment Affidavit

I am requesting that the United States of America to prove its authority to garnish my income.

_____
Lashonta Odom

SIGNED under oath before me on  June 24 2011  .

[Notary Stamp: WENDY LEE BOLEN, Notary Public, State of Texas, My Commission Expires July 13, 2011]

_____
Notary Public State of Texas

Lashonta Odom's Answer, Objection of Writ of Garnishment Affidavit



**255th District Court**
**JUDGE LORI CHRISMAN HOCKETT**
GEORGE L ALLEN, SR COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202

000185

"EXHIBIT B"

File Copy

CAUSE NO DF-08-08820
HORACE SMITH
vs
ANONG SMITH

### ORDER OF DISMISSAL
### FOR WANT OF PROSECUTION

Be it remembered that on this the 4th day of December, 2008, this case was reached on the docket and there being a failure to prosecute same, the court is of the opinion that said case should be dismissed for want of prosecution

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the court that all pending motions in this case are hereby dismissed for want of prosecution

IT IS FURTHER ORDERED that the parties are relieved from an obligation under any Temporary Orders in effect as of the date of this Order

IT IS FURTHER ORDERED that all costs of court be taxed against party incurring same

SIGNED this the ___11___ day of December, 2008

JUDGE PRESIDING

LORENZO BROWN
1700 N HAMPTON RD
SUITE 104
DESOTO TX 75115
ANONG SMITH
1566 ASHFIELD VALLEY AVENUE
LAS VEGAS NV 89123