**SEALED**

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL -8 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | No. 3:11-CV-1049-M |
| HORACE SMITH, | § § | CASE UNDER SEAL |
| Defendant, | § § | |
| and | § § | |
| O'CONNOR & ASSOCIATES, | § § | |
| Garnishee. | § | |

## UNITED STATES' MOTION TO UNSEAL CASE

The United States of America (United States) files this Motion to Unseal Case and states that it represented to the Court that it was necessary to seal this case to prevent disclosure of this garnishment proceeding to the defendant and LaShonta R. Odom prior to service of process on the garnishee. Service of process on the defendant, LaShonta R. Odom, and garnishee is complete.

Wherefore, the United States moves this Court to unseal this case.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

*Mattie Peterson Compton* (signature)
Mattie Peterson Compton
Assistant United States Attorney
Texas State Bar No. 04652300
Burnett Plaza, Suite 1700
801 Cherry Street Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.252.5459
Mattie.Compton@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this _____8th_____ day of _____July_____ 2011, a copy of the United States' Motion to Unseal Case was mailed to the following:

O'Connor & Associates
Michael Webb
2200 North Loop West, Suite 200
Houston, TX 77018
*Garnishee*

Horace Smith
801 Candle Meadow Blvd.
Desoto, TX 75115-1504
*Defendant*

LaShonta R. Odom
801 Candle Meadow Blvd.
Desoto, TX 75115
*Party-in-Interest*

_____
Mattie Peterson Compton
Assistant United States Attorney

**United States' Mot. to Unseal Case – Page 3**

**U.S. Department of Justice**
United States Attorney's Office
Northern District of Texas
Burnett Plaza Ste1700
801 Cherry Street Unit 4
Fort Worth, TX 76102-6882

*Official Business*
*Penalty for Private Use $300*

United States District Clerk
1100 Commerce Street, Room 1452
Dallas, TX 75242



RECEIVED
JUL 8 2011





US OFFICIAL MAIL
$300 Penalty
For Private Use

$02.080
Mailed From 76102
07/06/2011
US POSTAGE
neopost