**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-CV-1049-M |
| | § | |
| HORACE SMITH, | § | CASE UNDER SEAL |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| O'CONNOR & ASSOCIATES, | § | |
| | § | |
| Garnishee. | § | |

## UNITED STATES' PROOF OF SERVICE

Pursuant to 28 U.S.C. §§ 3202(c) and 3205(c)(3), the United States of America (United States) files an Affidavit of Service located in Appendix Tabs A-B showing the following documents were served on Defendant Horace Smith and LaShonta R. Odom on June 14, 2011:

1. Application for Writ of Garnishment
2. United States' Certificate of Interested Persons
3. Order for Issuance of Writ of Garnishment
4. Writ of Garnishment
5. Clerk's Notice of Post-Judgment Garnishment to Defendant
6. Claim for Exemptions, Request for Hearing, and/or Request for Transfer
7. Instructions to Defendant on Objecting to Garnishee's Answer

Pursuant to 28 U.S.C. § 3205(c)(3), the United States files an Affidavit of Service

located in Appendix Tab C showing the following documents were served on Garnishee O'Connor & Associates on June 7, 2011:

1. Application for Writ of Garnishment
2. United States' Certificate of Interested Persons
3. Order for Issuance of Writ of Garnishment
4. Writ of Garnishment
5. Plaintiff's Instructions to Garnishee
6. Draft Answer of Garnishee

        Respectfully submitted,

        JAMES T. JACKS
        UNITED STATES ATTORNEY

        /s/ Mattie Peterson Compton
        Mattie Peterson Compton
        Assistant United States Attorney
        Texas State Bar No. 04652300
        Burnett Plaza Suite 1700
        801 Cherry Street Unit 4
        Fort Worth, Texas 76102-6882
        Telephone: 817.252.5200
        Facsimile: 817.252.5459
        Mattie.Compton@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this ____5th____ day of ____July____ 2011, a copy of the United States' Proof of Service was mailed to the following:

O'Connor & Associates
Michael Webb
2200 North Loop West, Suite 200
Houston, TX 77018
*Garnishee*

Horace Smith
801 Candle Meadow Blvd.
Desoto, TX 75115-1504
*Defendant*

LaShonta R. Odom
801 Candle Meadow Blvd.
Desoto, TX 75115
*Party-in-Interest*

_____
Mattie Peterson Compton
Assistant United States Attorney