SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 8 2011

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:11-CV-1049-M |
| | § | |
| HORACE SMITH, | § | CASE UNDER SEAL |
| | § | |
| Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| O'CONNOR & ASSOCIATES, | § | |
| | § | |
| Garnishee. | § | |

APPENDIX TO UNITED STATES' PROOF OF SERVICE

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

*Mattie Peterson Compton*

Mattie Peterson Compton
Assistant United States Attorney
Texas State Bar No. 04652300
Burnett Plaza Suite 1700
801 Cherry Street Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.252.5459
Mattie.Compton@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on this _____5thy_____ day of _____July_____ 2011,

a copy of the Appendix to United States' Proof of Service was mailed to the following:

O'Connor & Associates
Michael Webb
2200 North Loop West, Suite 200
Houston, TX  77018
*Garnishee*

Horace Smith
801 Candle Meadow Blvd.
Desoto, TX  75115-1504
*Defendant*

LaShonta R. Odom
801 Candle Meadow Blvd.
Desoto, TX 75115
*Party-in-Interest*

Mattie Peterson Compton
Assistant United States Attorney

INDEX

Tab                                                                                          Page No.

A.    Affidavit of Service on Defendant Horace Smith  . . . . . . . . . . . . . . . . . . . . . . . . 001

B.    Affidavit of Service on Defendant LaShonta R. Odom . . . . . . . . . . . . . . . . . . . 002

C.    Affidavit of Service on Garnishee O'Connor & Associates . . . . . . . . . . . . . . . 003



# Tab A

# AFFIDAVIT OF SERVICE

| State of TEXAS | County of | Usdc Northern District Court |
|---|---|---|

Case Number: 311CV1049M



FWT2011001523

Plaintiff:
**THE UNITED STATES OF AMERICA**

vs.

Defendant:
**HORACE SMITH, ET AL**

For:
 Us Dept Of Justice-F
US Dept of Justice-Northern District-FW(FLU)
801 Cherry St., Ste. 1700
Fort Worth, TX  76102-6897

Received these papers on the 14th day of June, 2011 at 9:17 am to be served on **HORACE SMITH, 801 CANDLE MEADOW BLVD, DESOTO, DALLAS County, TX 75115.**

I, John B. Black, being duly sworn, depose and say that on the **14th day of June, 2011** at **7:50 pm, I:**

delivered a true copy of the **APPLICATION FOR WRIT OF GARNISHMENT; WRIT OF GARNISHMENT; CLERK'S NOTICE; ORDER FOR GARNISHMENT; CERTIFICATE OF INTERESTED PERSONS; DRAFT ANSWER;DEFENDANTS INSTRUCTIONS;  NOTICE TO DEFENDANT; CLAIM FOR EXEMPTION FORM;** with the date and hour of service endorsed thereon by me, to HORACE SMITH by:

**SUBSTITUTED SERVICE,** to:

**JUDITH URBINA, RESIDENT,** at the address of: **801 CANDLE MEADOW BLVD, DESOTO, DALLAS County, TX 75115,** who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices.  I have personal knowledge of the facts stated above and each is true and correct.

Subscribed and Sworn to before me on the _20_ day of _June_ , _2011_ by the affiant who is personally known to me.

_Doris M. Thornton_
NOTARY PUBLIC

_John B. Black_
**John B. Black**
SCH-3238

Our Job Serial Number: FWT-2011001523
Ref: 11160

DORIS M. THORNTON
Notary Public, State of Texas
My Commission Expires
November 12, 2013

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

**001**



# Tab B

# AFFIDAVIT OF SERVICE

State of TEXAS        County of        **Usdc Northern District Court**

Case Number: 311CV1049M

FWT2011001522

Plaintiff:
**THE UNITED STATES OF AMERICA**

vs.

Defendant:
**HORACE SMITH, ET AL**

For:
Us Dept Of Justice-F
US Dept of Justice-Northern District-FW(FLU)
801 Cherry St., Ste. 1700
Fort Worth, TX 76102-6897

Received these papers on the 14th day of June, 2011 at 9:17 am to be served on **LASHONTA R ODOM, 801 CANDLE MEADOW BLVD, DESOTO, DALLAS County, TX 75115**.

I, John B. Black, being duly sworn, depose and say that on the **14th day of June, 2011 at 7:50 pm, I:**

delivered a true copy of the **APPLICATION FOR WRIT OF GARNISHMENT; WRIT OF GARNISHMENT; ORDER FOR GARNISHMENT; CERTIFICATE OF INTERESTED PERSONS; DRAFT ANSWER; PLAINTIFF'S INSTRUCTIONS;** with the date and hour of service endorsed thereon by me, to LASHONTA R ODOM by:

## SUBSTITUTED SERVICE, to:

**JUDITH URBINA, RESIDENT,** at the address of: **801 CANDLE MEADOW BLVD, DESOTO, DALLAS County, TX 75115**, who is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and each is true and correct.

Subscribed and Sworn to before me on the _20_ day
of _June_, _2011_ by the affiant who is
personally known to me.

_Doris M. Thornton_
NOTARY PUBLIC

_John B Black_
John B. Black
SCH-3238

Our Job Serial Number: FWT-2011001522
Ref: 11161



DORIS M. THORNTON
Notary Public, State of Texas
My Commission Expires
November 12, 2013

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

002



# Tab C

# AFFIDAVIT OF SERVICE

State of TEXAS                County of                Usdc Northern District Court

Case Number: 311CV1049M

Plaintiff:
**THE UNITED STATES OF AMERICA**
vs.
Defendant:
**HORACE SMITH, ET AL**

For:
Us Dept Of Justice-F
US Dept of Justice-Northern District-FW(FLU)
801 Cherry St., Ste. 1700
Fort Worth, TX 76102-6897

Received by N. A. Flash Civil Process, Inc. on the 1st day of June, 2011 at 2:24 pm to be served on **O'CONNOR & ASSOCIATES, 2200 NORTH LOOP WEST, SUITE 200, HOUSTON, TX 77018**.

I, Michael Johnson, being duly sworn, depose and say that on the **7th day of June, 2011 at 9:55 am, I**:

Executed the attached CITATION by delivering a true copy of it with the date of delivery endorsed thereon together with a copy of the **APPLICATION FOR WRIT OF GARNISHMENT; WRIT OF GARNISHMENT;  ORDER FOR GARNISHMENT; CERTIFICATE OF INTERESTED PERSONS; DRAFT ANSWER; PLAINTIFF'S INSTRUCTIONS;** attached thereto to: **TONYA FELIX** , in person, at the address of: **2200 NORTH LOOP WEST, SUITE 200, HOUSTON, TX 77018**, and informed said person of the contents therein, in compliance with state statutes.

I have personal knowledge of the facts and statements contained herein and swear each is true and correct.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the state in which the process was served.

On this day personally appeared affiant, known to me personally to be the person whose name is subscribed to the foregoing return and, being by me duly sworn, declare under oath that the statements therein are true and correct.  Subscribed and Sworn to before me on the 7th day of June, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC



DONNA LEIGH SEARS
MY COMMISSION EXPIRES
December 1, 2014

Michael Johnson
SCH 700

**N. A. Flash Civil Process, Inc.**
**2915 Eagle Nest Lane**
**Humble, TX  77396**
**(281) 441-4126**

Our Job Serial Number: 2011001389
Ref: 11162

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z

003