ORIGINAL

Cause No
3-11-CV-1049-M

To the Honorable Judge of Said Court-

I, Lashonta Odom, party of interest, am requesting an immediate hearing, with notice as stated in my previously filed, Defendant's Answer. The garnishment is causing extreme financial hardship.

Respectfully,

Lashonta Odom, prose
801 Candle Meadow Blvd
Desoto, TX 75115
(972) 525-4058

*Filed stamp: 2011 JUL 14 PM 12:02, CLERK US DISTRICT COURT, NORTHERN DIST. OF TX, DEPUTY CLERK*