ORIGINAL

## Certificate of Service

Pursant to Texas R. Civ. P. 21(a), I hereby certify that a true copy of the foregoing Answer and Objection of Writ of Garnishment Affidavit was served on each party of record via facsimile and/or certified with return receipt requested and regular mail.

Horace Smith
801 Candle Meadow Blvd
Desoto, TX 75115

Regular mail

Mattie Peterson Compton
Burnett Plaza Suite 1700
801 Cherry Street Unit 4
Fort Worth, TX 76102-6882
Office 817-252-5200
Facsimile 817-252-5459
Mattie.Compton@usdoj.gov

via facsimile 817-252-5459
CMRR# 7010 0780 0000 0127 8946
Regular mail

O'Connor & Associates
Mike Webb
2200 N Loop West, Suite 200
Houston, TX 77018
Office 713-686-9955
Facsimile 713-686-3377

via facsimile 713-686-3377
CMRR# 7010 0780 0000 0127 8922
Regular mail

*[signature]*

LASHONTA ODOM
801 CANDLE MEADOW BLVD
DESOTO, TX 75115
972-523-4068

Lashonta Odom's Answer, Objection of Writ of Garnishment Affidavit