# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § V. § § HORACE SMITH, § § Defendant, § § V. § § O'CONNOR & ASSOCIATES, § § Garnishee. § | Civil Action No.:3:11-CV-1049-M (SEALED CASE) |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with 28 U.S.C. § 636(c), the undersigned (party) (counsel of record for

_____), hereby voluntarily consents to have a United States magistrate

judge conduct the following proceedings in this case:

_____ All further proceedings, including trial and entry of a final judgment.

_____ Final rulings on all case dispositive motions.

Signed this \_\_\_\_\_ day of _____, 2011.

_____
Signature

_____
Printed Name

---

**REFUSAL TO CONSENT**

The undersigned (party) (counsel of record for _____) acknowledges

the availability of a United States magistrate judge to try this case or rule on all dispositive motions,

but is unwilling to consent to proceed before the magistrate judge.

Signed this \_\_\_\_\_ day of _____ , 2011.

_____
Signature

_____
Printed Name