# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | | |
| v. | § | |
| HORACE SMITH | § | NO. <u>3:11-CV1049-M</u> |
| Defendant | § | |
| and | § | |
| O'CONNOR & ASSOCIATES | § | |
| Garnishee | | |

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG 19 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## Motion for Continuance

TO THE HONORABLE JUDGE OF SAID COURT:

This Motion for Continuance is brought by Lashonta Odom, *Party-in-Interest* who shows in support:

1. This case is presently set for August 22, 2011.

2. Party of Interest needs a continuance due to revocation hearing for *Defendant*, Horace Smith scheduled for August 24, 2011 and because I have no ability to arrange how my four children will get to and from school since the first day begins on August 22.

3. This continuance is not sought solely for delay but that justice may be done.

Lashonta Odom prays that the Court grant the Motion for Continuance.

Respectfully submitted

_____
Lashonta Odom, Pro Se
801 Candle Meadow Blvd
Desoto, TX 75115
(972) 523-4058

Lashonta Odom – Motion for Continuance

## Certificate of Service

Pursant to Texas R. Civ. P. 21(a), I hereby certify that a true copy of the foregoing Motion for Continuance was served on each party of record via facsimile and/or certified mail and return receipt requested and regular mail.

United States District Clerk
1100 Commerce Street, Room 1452
Dallas, TX 75242

| | |
|---|---|
| Horace Smith<br>09118-112<br>FCI Seagoville<br>PO Box 9000<br>Seagoville, TX 75159 | Regular Mail |
| Mattie Peterson Compton<br>Burnett Plaza Suite 1700<br>801 Cherry Street Unit 4<br>Fort Worth, TX 76102-6882<br>Office 817-252-5200<br>Facsimile 817-252-5459<br>Mattie.Compton@usdoj.gov | via facsimile 817-252-5459 |
| O'Connor & Associates<br>Mike Webb<br>2200 N Loop West, Suite 200<br>Houston, TX 77018<br>Office 713-686-9955<br>Facsimile 713-686-3377 | via facsimile 713-686-3377 |