IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Civil Action No. 3:11-CV-1049-M-BK

HORACE SMITH,

    Defendant,

v.

O'CONNOR & ASSOCIATES,

    Garnishee,

v.

LASHONTA ODOM,

    Interested Party.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Lashonta Odom's *Motion to Quash the Writ of Garnishment* (Docs. 10, 14) is **GRANTED** pursuant to 28 U.S.C. § 3205(c)(10).

SO ORDERED this 19th day of September, 2011.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS